IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>NATHAN CHARLES STANLEY<br><br>　　　　　Defendant. | CR-11-11-GF-BMM<br><br>**O**RDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 4, 2020. (Doc. 103.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on August 4, 2020. (Doc. 102.) The United States accused Stanley of violating his conditions of supervised release 1) by consuming alcohol; 2) by committing another crime; 3) by failing to report for substance abuse testing; 4) by failing to report for mental health treatment; 5) by failing to report for substance abuse treatment; and 6) by failing to make restitution payments as directed. (Doc. 100).

At the revocation hearing, Stanley admitted that he had violated the conditions of his supervised release 1) by consuming alcohol; 2) by committing another crime; 3) by failing to report for substance abuse testing; 4) by failing to report for mental health treatment; and 5) by failing to make restitution payments as directed. The Court dismissed violation 4 on the Government's motion. (Doc. 100.) Judge Johnston found that the violations Stanley admitted proved to be serious and warranted revocation, and recommended that Stanley receive a custodial sentence of 8 months with no supervised release to follow. Stanley was advised of the 14 day objection period and his right to allocute before the undersigned. (Doc. 100.)

The violations prove serious and warrant revocation of Stanley's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 39) are **ADOPTED IN PART.**

**IT IS FURTHER ORDERED** that Defendant Nathan Charles Stanley be sentenced to 6 months with 7 months of supervised release to follow.

DATED this 16th day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court