IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. NATHAN CHARLES STANLEY, **Defendant.** | CR-11-11-GF-BMM **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 10, 2021. (Doc. 119.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 9, 2021. (Doc. 116.) The United States accused Stanley of violating his conditions of supervised

release 1) by committing another crime; 2) by consuming alcohol on two separate occasions; 3) by failing to report for substance abuse treatment; 4) by failing to follow the instructions of his probation officer; and 5) by using methamphetamine. (Doc. 114.)

At the revocation hearing, Stanley admitted that he had violated the conditions of his supervised release  1) by committing another crime; 2) by consuming alcohol on two separate occasions; 3) by failing to report for substance abuse treatment; 4) by failing to follow the instructions of his probation officer; and 5) by using methamphetamine. (Doc. 116.) Judge Johnston found that the violations Stanley admitted proved to be serious and warranted revocation, and recommended that Stanley receive a custodial sentence of 7 months, with no supervised release to follow. (Doc 119.) Stanley was advised of his right to appeal and his right to allocute before the undersigned.  (Doc. 116.)

The violations prove serious and warrant revocation of Stanley's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 119 ) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Nathan Charles Stanley be sentenced to the custody of

the United States Bureau of Prisons for 7 months, with no supervised release to follow.

DATED this 2nd day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court

Case 4:11-cr-00011-BMM Document 121 Filed 03/02/21 Page 4 of 4